# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WAGNER, ROBERT J. | § | Case No. 11-38519 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/27/2012 in Courtroom 250,

                  United States Courthouse
                  c/o Kane County Courthouse
                  100  S. 3rd St., Geneva, IL   60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/25/2012                By: Kenneth S. Gardner
                                                    Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WAGNER, ROBERT J. § Case No. 11-38519
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 150,000.00 |
| and approved disbursements of | $ | 20,000.00 |
| leaving a balance on hand of[1] | $ | 130,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 10,750.00 | $ 0.00 | $ 10,750.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 231.73 | $ 0.00 | $ 231.73 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 2,625.50 | $ 0.00 | $ 2,625.50 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: JOSEPH R. VOILAND | $ 47.59 | $ 0.00 | $ 47.59 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,947.82 |
| Remaining Balance | | $ | 116,052.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,404,750.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bridgeview Bank Group | $ 3,404,750.56 | $ 20,000.00 | $ 116,052.18 |
| | Total to be paid to timely general unsecured creditors | | | $ 116,052.18 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland_____
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-38519-MB
Robert J Wagner                                                       Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal            Page 1 of 2            Date Rcvd: Aug 27, 2012
                              Form ID: pdf006           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2012.
db           #+Robert J Wagner,    15577 Winged Trace Ct.,   Draper, UT 84020-2502
17826720     +Bridgeview Bank Group,    c/o Greiman Rome & Griesmeyer,    24115 W. 103rd, #B,
               Naperville, IL 60564-8014
17826722     +Bridgeview Bank Group,    c/o Greiman Rome & Griesmeyer, LLC,    200 West Madison, Suite 755,
               Chicago, IL 60606-3552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17826721     +E-mail/Text: kevin.ameriks@bridgeviewbank.com Aug 28 2012 02:30:52     Bridgeview Bank Group,
               7940 S. Harlem Av.,   Bridgeview, IL 60455-1598
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2012          Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: corrinal              Page 2 of 2                   Date Rcvd: Aug 27, 2012
                              Form ID: pdf006             Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2012 at the address(es) listed below:
              Adam B. Rome    on behalf of Creditor  Bridgeview Bank Group arome@grglegal.com,
               abernath@grglegal.com
              Ariane  Holtschlag    on behalf of Debtor Robert Wagner lawyers@innovalaw.com
              David P Lloyd    on behalf of Debtor Robert Wagner courtdocs@davidlloydlaw.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph Voiland jrvoiland@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6